**JEFFREY A. TENENBAUM**
TENENBAUM LAW FIRM
800 WEST 20TH STREET
MERCED, CALIFORNIA 95340
TELEPHONE (209) 384-3000
FACSIMILE (209) 384-3900
CALIFORNIA STATE BAR NUMBER 209769

**ATTORNEY FOR DEFENDANT,
JUSTINE F. WHITTAKER**

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **JUSTINE F. WHITTAKER** ) <br> Defendant ) <br> ) <br> ) | Case Number: 6:19-po-166 <br><br> **STIPULATION TO CONTINUE INITIAL APPEARANCE AND ORDER THEREON** <br><br> Courtroom: U.S. District Court - Yosemite <br> Honorable Jeremy D. Peterson |

It is hereby stipulated by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant Justine F. Whittaker, by and through his attorney of record, Jeffrey A. Tenenbaum, that the Initial Appearance in the above-captioned matter set for May 7, 2019 shall be continued to June 25, 2019 at 10:00am.

DATE: 05/02/19     /s/ Susan St. Vincent
　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　Yosemite National Park

DATE: 05/02/19     /s/ Jeffrey A. Tenenbaum
　　　　　　　　　　　Jeffrey A. Tenenbaum
　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　Justine F. Whittaker

---

**STIPULATION TO CONTINUE INITIAL APPEARANCE AND ORDER THEREON**　　　　1

# **ORDER**

The Court, having reviewed the above request to continue the Initial Appearance for Justine F. Whittaker, now set for May 7, 2019 and HEREBY ORDERS AS FOLLOWS:

1. The Initial Appearance now set for May 7, 2019 is continued to June 25, 2019 at 10:00am.

IT IS SO ORDERED.

Dated:   May 6, 2019                                     _____
                                                         UNITED STATES MAGISTRATE JUDGE