Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

JUSTINE F. WHITTAKER,

Defendant.

Docket Number:  6:19-po-00166-JDP

**MOTION TO VACATE REVIEW HEARING AND DISMISS CASE PURSUANT TO A DEFERRED JUDGMENT AGREEMENT; AND ORDER THEREON**

On June 25, 2019, Defendant pled guilty to Possession of a Controlled Substance. Pursuant to a Deferred Judgement Agreement, she was to serve 12 months of unsupervised probation with the conditions she: obey all laws and pay a fine of $650, and complete a post-plea booking process.  A review hearing was scheduled for May 19, 2020 and continued to June 2, 2020.

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing on June 2, 2020.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court.  Further, the Defendant has met all conditions of the Deferred Judgement Agreement, and the United States hereby moves the Court for an Order of Dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated:  May 26, 2020

/S/ Susan St. Vincent____
Susan St. Vincent
Legal Officer
Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for May 19, 2020, in the above-referenced matter, *United States v. Whittaker*, 6:19-po-00166-JDP, be vacated.  The case is hereby dismissed.

IT IS SO ORDERED.

Dated:    May 29, 2020

UNITED STATES MAGISTRATE JUDGE